**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Todd A. Stiles                      **BK NO. 22-00261 HWV**

                    Debtor(s)

                     **Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. and index same on the master mailing list.

                                         Respectfully submitted,

                                         /s/ *Rebecca Solarz*
                                         Rebecca Solarz
                                         16 Feb 2022, 11:20:40, EST

                                         KML Law Group, P.C.
                                         BNY Mellon Independence Center
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106
                                         215-627-1322