Certificate Number: 06531-PAM-DE-036348644

Bankruptcy Case Number: 22-00261


06531-PAM-DE-036348644

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 22, 2022, at 8:45 o'clock PM CST, Todd Stiles completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 22, 2022

By: /s/Connie Krosch

Name: Connie Krosch

Title: Certified Credit Counselor