In re:  Case No. 22-00261-HWV
Todd A. Stiles  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Apr 14, 2022     Form ID: ntnew341     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd A. Stiles, 41 Howard Dr., East Berlin, PA 17316-9394 |
| 5459870 | | Anesthesia Associates of York, PO Box 639012, Cincinnati, OH 45263-9012 |
| 5459876 | + | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5459888 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5459880 | + | Quantum Imaging & Therapeutic Assoc, PO Box 3190, Dublin, OH 43016-0089 |
| 5459882 | | Spring Grove Area Ambulance Club, c/o Express Billing Solutions, Inc., PO Box 5027, Lancaster, PA 17606-5027 |
| 5459883 | | UPMC in Central PA, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5459891 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5459884 | | Virtual Radiologic Professinals, PO Box 120153, Grand Rapids, MI 49528-0103 |
| 5459885 | | Wellspan Health, PO Box 15119, York, PA 17405-7119 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 14 2022 18:39:01 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5459871 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 14 2022 18:39:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5459872 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 14 2022 18:38:50 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5460744 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 14 2022 18:39:01 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5469378 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 14 2022 18:39:01 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5459873 | | Email/Text: bzern@celticbank.com | Apr 14 2022 18:39:00 | Celtic Bank Corp., 268 S. State St. Ste 300, Salt Lake City, UT 84111-5314 |
| 5459875 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 14 2022 18:50:28 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5459876 | + | Email/Text: dylan.succa@commercialacceptance.net | Apr 14 2022 18:39:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5459886 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 14 2022 18:39:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5459877 | + | Email/Text: tropiann@einstein.edu | Apr 14 2022 18:39:00 | Einstein Practice Plan, 101 E. Olney Ave. Suite 301, Philadelphia, PA 19120-2470 |
| 5459887 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 14 2022 18:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5459874 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 14 2022 18:39:00 | Chase Card Services, Attn: Bankruptcy, Po Box |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 15298, Wilmington, DE 19850 |
| 5459878 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 14 2022 18:39:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5459879 | + | Email/Text: bankruptcynotices@psecu.com | Apr 14 2022 18:39:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5459890 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 14 2022 18:39:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5463843 | + | Email/Text: bankruptcynotices@psecu.com | Apr 14 2022 18:39:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5459881 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 14 2022 18:39:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5465376 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 14 2022 18:39:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5459889 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Apr 14 2022 18:39:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Todd A. Stiles jmh@johnhyamslaw.com acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Todd A. Stiles,

**Debtor 1**

Chapter 13

Case No. 1:22−bk−00261−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: May 5, 2022 |
| --- | --- |
| | Time: 10:00 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 14, 2022 |

ntnew341 (04/18)