United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Todd A. Stiles  
    Debtor

Case No. 22-00261-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: May 20, 2022      Form ID: ntcnfhrg      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd A. Stiles, 41 Howard Dr., East Berlin, PA 17316-9394 |
| 5459870 | | Anesthesia Associates of York, PO Box 639012, Cincinnati, OH 45263-9012 |
| 5459888 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5459880 | + | Quantum Imaging & Therapeutic Assoc, PO Box 3190, Dublin, OH 43016-0089 |
| 5459882 | | Spring Grove Area Ambulance Club, c/o Express Billing Solutions, Inc., PO Box 5027, Lancaster, PA 17606-5027 |
| 5459883 | | UPMC in Central PA, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5459891 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5459884 | | Virtual Radiologic Professinals, PO Box 120153, Grand Rapids, MI 49528-0103 |
| 5459885 | | Wellspan Health, PO Box 15119, York, PA 17405-7119 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 20 2022 18:51:23 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5459871 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 20 2022 18:49:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5459872 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 20 2022 18:51:24 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5460744 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 20 2022 18:51:11 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5469378 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 20 2022 18:51:22 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5459873 | | Email/Text: bzern@celticbank.com | May 20 2022 18:49:00 | Celtic Bank Corp., 268 S. State St. Ste 300, Salt Lake City, UT 84111-5314 |
| 5459875 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 20 2022 19:01:54 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5459876 | + | Email/Text: dylan.succa@commercialacceptance.net | May 20 2022 18:49:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5459886 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | May 20 2022 18:48:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5459877 | + | Email/Text: tropiann@einstein.edu | May 20 2022 18:49:00 | Einstein Practice Plan, 101 E. Olney Ave. Suite 301, Philadelphia, PA 19120-2470 |
| 5459887 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 20 2022 18:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5459874 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 20 2022 18:51:09 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5459878 | + | Email/Text: PBNCNotifications@peritusservices.com | May 20 2022 18:49:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5459879 | + | Email/Text: bankruptcynotices@psecu.com | May 20 2022 18:49:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5459890 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 20 2022 18:49:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5463843 | + | Email/Text: bankruptcynotices@psecu.com | May 20 2022 18:49:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5459881 | + | Email/Text: bankruptcyteam@quickenloans.com | May 20 2022 18:49:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5465376 | + | Email/Text: bankruptcyteam@quickenloans.com | May 20 2022 18:49:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5459889 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | May 20 2022 18:49:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | * | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Todd A. Stiles jmh@johnhyamslaw.com acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Todd A. Stiles,             Chapter     13

     **Debtor 1**

Case No.     1:22−bk−00261−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 22, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: June 29, 2022  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 20, 2022 |

ntcnfhrg (08/21)